The People of the State of New York, Respondent,
against
Armando Cadogan, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Guy H. Mitchell, J.), rendered August 3, 2017, convicting him, upon his plea of guilty, of driving while impaired, and imposing sentence.




Per Curiam.
Judgment of conviction (Guy H. Mitchell, J.), rendered August 3, 2017, affirmed.
The accusatory instrument was not jurisdictionally defective. Sworn police allegations that "the engine was running and defendant was behind the wheel on a public street" satisfied the operation element of the charged Vehicle and Traffic Law offenses (see People v Alamo, 34 NY2d 453, 458-459 [1974]; People v Almanzar, 113 AD3d 527 [2014], lv denied23 NY3d 1059 [2014]). 
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: May 18, 2020